

NUMBER 13-17-00350-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

UREY PROPERTY DEVELOPMENT, INC.,
F/K/A UREY'S SWEET TEMPTATIONS, INC.,                    Appellant,

v.

LA DOLCE TENTAZOINE, LLC D/B/A SWEET
TEMPTATIONS RESTAURANT AND CATERING,          Appellee.

---

### On appeal from the 332nd District Court
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Longoria
### Memorandum Opinion by Justice Rodriguez

Appellant, Urey Property Development, Inc., f/k/a Urey's Sweet Temptations, Inc., perfected an appeal from a judgment entered by the 332nd District Court of Hidalgo County, Texas, in cause number C-5160-16-F. Appellant has filed an unopposed motion to dismiss the appeal on grounds that the parties have reached a formal agreement to

settle their disputes made the basis of this litigation. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NELDA V. RODRIGUEZ
Justice

Delivered and filed the
26th day of October, 2017.